# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** December 28, 2018

**CASE OF:** IN RE: STANDARD JURY INSTRUCTIONS IN CRIMINAL
CASES - REPORT 2017-11

**DOCKET NO.:** SC17-2265 **OPINION FILED:** December 20, 2018

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE
OPINION:**

On p. 11 (Appendix), Instruction 8.16, element #1b – the word "victim" was
changed to unbolded text.

On p. 12 (Appendix), Instruction 8.16, under the italicized heading "§ 784.08(2),"
the word "defendant" was changed to unbolded text.

**SIGNED: OPINION CLERK**

**The corrected hard copy will follow.**